UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DJEMPS GEDEON,**

      **Plaintiff,**

v.                                                     Case No. 6:23-cv-220-CEM-EJK

**SECRETARY OF THE**
**DEPARTMENT OF HOMELAND**
**SECURITY and DIRECTOR, U.S.**
**CITIZENSHIP AND**
**IMMIGRATION SERVICES,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Notice of Voluntary Dismissal (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record